CO-386-online
10/03

# United States District Court
# For the District of Columbia

Christopher Dilorenzo                )
                                     )
                                     )
                                     )
              Plaintiff              )     Civil Action No._____
       vs                            )
                                     )
Phillip G. Norton, et al.            )
                                     )
                                     )
              Defendant              )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Christopher Dilorenzo  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Christopher Dilorenzo  which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

DC Bar # 939389                      Jonathan W. Cuneo
_____              _____
BAR IDENTIFICATION NO.               Print Name

                                     507 C Street, NE
                                     _____
                                     Address

                                     Washington, DC       20002
                                     _____
                                     City       State     Zip Code

                                     (202) 789-3960
                                     _____
                                     Phone Number