IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DILORENZO,<br><br>            Plaintiff,<br><br>v.<br><br>NORTON, et al.,<br><br>            Defendants. | Civil Action No. 1:07-cv-00144-RJL |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO RESPOND TO THE
VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT**

Defendants respectfully move the Court, as set forth below, to extend the deadline for Defendants to answer, move, or otherwise respond to Plaintiff's Verified Shareholder Complaint ("Complaint"), without waiver of any claims or defenses, including those enumerated in Rule 12(b) of the Federal Rules of Civil Procedure. In support thereof, Defendants state as follows:

1.      The Complaint was filed with the Court on January 18, 2007.

2.      The Complaint names eight individual defendants who reside in various locations in Virginia, Florida, and the District of Columbia. The Complaint also names ePlus, Inc. as a corporate defendant. The Complaint purports to assert nine independent causes of action and seeks a multitude of legal and equitable remedies.

3.      If service of process were properly effected on any of the Defendants, Defendants' response to the Complaint would now be due on February 20, 2007 at the earliest. A later deadline may apply to some Defendants. Accordingly, the time for responding to the Complaint has not yet expired.

4. Due to the number of parties concerned and the complexity of the allegations and legal issues, Defendants request an extension of sixty (60) days to respond to the Complaint. As such, Defendants request that the amended deadline for their response be moved to **Monday, April 23, 2007**.

5. Defendants have consulted with Plaintiff's counsel about this request, and Defendants have offered in exchange to waive formal service of process and agree that undersigned counsel will voluntarily accept service on behalf of all named Defendants. Plaintiff's counsel has taken this request under advisement.

6. In filing this motion, Defendants expressly reserve all claims and defenses, including those enumerated in Rule 12(b) of the Federal Rules of Civil Procedure.

WHEREFORE, the Defendants respectfully request that the Court enter an order enlarging the time for Defendants to answer, move, or otherwise respond to the Complaint, without waiver of any claims or defenses, until April 23, 2007.

Respectfully Submitted,

Dated: February 12, 2007

F. Joseph Warin / by permission JJM

F. JOSEPH WARIN (DC Bar # 235978)
FWarin@gibsondunn.com
JASON J. MENDRO (DC Bar # 482040)
JMendro@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

Counsel for Defendants

## CERTIFICATE OF SERVICE

A copy of Defendants' *Motion For Extension Of Time Within Which To Respond To The Verified Shareholder Derivative Complaint* was filed electronically this 12th day of February 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    Jason J. Mendro (DC Bar # 482040)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DILORENZO,<br><br>    Plaintiff,<br><br>  v.<br><br>NORTON, et al.,<br>    Defendants. | Civil Action No. 1:07-cv-00144-RJL |

## [PROPOSED] ORDER

On this day, the Court considered Defendants' Motion For Extension Of Time Within Which To Respond To The Verified Shareholder Derivative Complaint. The motion is GRANTED. It is ORDERED that Defendants respond to the Verified Shareholder Derivative on or before April 23, 2007, unless otherwise instructed.

  SO ORDERED on _____, 2007.

                _____
                RICHARD J. LEON
                United States District Judge