## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| |
|---|
| **DILORENZO,**<br><br>                         **Plaintiff,**<br>          **v.**<br><br>**NORTON, et al.,**<br><br>                         **Defendants.** |

**Civil Action No. 1:07-cv-00144-RJL**

### NOTICE OF ACCEPTANCE OF WAIVER OF SERVICE

Plaintiff Christopher Dilorenzo, by and through undersigned counsel, writes to acknowledge and memorialize the waiver of service found in Defendants' Motion for Extension of Time Within Which to Respond to the Verified Shareholder Derivative Complaint. (Dkt. No. 3). Plaintiff hereby accepts Defendants' waiver of service as to all Defendants. However, prior to accepting Defendants' offer to waive service, Plaintiff effectuated service on the Defendants. Proof of service for each of the Defendants is attached as Exhibit 1.

Respectfully Submitted,

Dated: February 22, 2007

Jonathan W. Cuneo (DC Bar# 939389)
William H. Anderson (DC Bar# 502380)
(District Court Admission 4/2/07)
CUNEO GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20003
Phone: 202-789-3960
Fax: 202-789-1813

Roger M. Adelman
LAW OFFICES OF ROGER M.
    ADELMAN
1100 Connecticut Avenue, NW, Suite 730
Washington, DC 20036
Phone: 202-822-0600
Fax: 202-822-6722

William S. Lerach
Darren J. Robbins
Travis E. Downs III
LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Phone: 619-231-1058
Fax: 619-231-7423

**CERTIFICATE OF SERVICE**

A copy of Plaintiff's Notice of Acceptance of Waiver of Service was filed electronically this 22nd day of February 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

William H. Anderson (DC Bar# 502380)
(District Court Admission 4/2/07)

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Christopher Dilorenzo

**SUMMONS IN A CIVIL CASE**

V.

Phillip G. Norton, et al.

CASE NUMBER  1:07CV00144

JUDGE: Richard J. Leon

CASE N        DECK TYPE: General Civil

DATE STAMP: 01/18/2007

TO: (Name and address of Defendant)

Bruce M. Bowen
10895 Lake Windermere Drive
Great Falls, VA 22066

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan W. Cuneo
Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002

an answer to the complaint which is served on you with this summons, within _____ **20** _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN 1 8 2007

CLERK                                        DATE

*[signature]*

(BY) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE JANUARY 30, 2007 @ 13:44 | |
| NAME OF SERVER *(PRINT)* ANTHONY J. STEFANO | TITLE PRIVATE PROCESS SERVER | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CORPORATE SERVICE ON ERICA S. STOECKER, AS GENERAL COUNSEL FOR EPLUS INC.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on FEBRUARY 1, 2007    _____
             Date                         Signature of Server

9910 BROADVIEW DR.
FAIRFAX, VA 22030
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Christopher Dilorenzo

**SUMMONS IN A CIVIL CASE**

V.

Phillip G. Norton, et al.

CASE NUMBER  1:07CV00144

CAS    JUDGE: Richard J. Leon

DECK TYPE: General Civil

DATE STAMP: 01/18/2007

TO: (Name and address of Defendant)

C. Thomas Faulders III
6721 Benjamin Street
McLean, VA 22102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan W. Cuneo
Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

CLERK

*Lauren Higgins*

(By) DEPUTY CLERK

JAN 1 8 2007

DATE

AO 440 (Rev. DC – September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE JANUARY 31, 2007 @ 14:06 |
| NAME OF SERVER *(PRINT)* ANTHONY J. STEFANO | TITLE PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CORPORATE SERVICE ON ERICA S. STOECKER AS GENERAL COUNSEL FOR EPLUS

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on FEBRUARY 1, 2007
_____
Date

_____
Signature of Server

9910 BROADVIEW DR.
FAIRFAX, VA 22030
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Christopher Dilorenzo

**SUMMONS IN A CIVIL CASE**

V.

Phillip G. Norton, et al.

CASE NUMBER  1:07CV00144

CASE    JUDGE: Richard J. Leon

DECK TYPE: General Civil

DATE STAMP: 01/18/2007

TO: (Name and address of Defendant)

Phillip G. Norton
1166 Chain Bridge Road
McLean, VA 22101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY  (name and address)

Jonathan W. Cuneo
Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002

an answer to the complaint which is served on you with this summons, within _____**20**_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON    JAN 1 8 2007

CLERK    DATE

(BY) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE JANUARY 30, 2007 @ 13:44 |
| NAME OF SERVER *(PRINT)* ANTHONY J. STEFANO | TITLE PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CORPORATE SERVICE ON ERICA S. STOECKER AS GENERAL COUNSEL FOR EPLUS, INC.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on FEBRUARY 1, 2007        _Signature of Server_
        Date

9910 BROADVIEW DR.
FAIRFAX, VA 22030
_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Christopher Dilorenzo

**SUMMONS IN A CIVIL CASE**

V.

Phillip G. Norton, et al.

CASE NUMBER   1:07CV00144

CASE N     JUDGE: Richard J. Leon

DECK TYPE: General Civil

DATE STAMP: 01/18/2007

TO: (Name and address of Defendant)

Milton E. Cooper, Jr.
34 Shinnecock Drive
Palm Coast, FL 32137

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan W. Cuneo
Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002

an answer to the complaint which is served on you with this summons, within _____ **20** _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN 1 8 2007

CLERK                                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE JANUARY 31, 2007 @ 14:06 |
| NAME OF SERVER *(PRINT)* ANTHONY J. STEFANO | TITLE PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CORPORATE SERVICE ON ERICA S. STOECKER AS GENERAL COUNSEL FOR EPLUS, INC.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on FEBRUARY 1, 2007          _____
                    Date                    Signature of Server

9910 BROADVIEW DR.
FAIRFAX, VA 22030
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Christopher Dilorenzo

**SUMMONS IN A CIVIL CASE**

V.

Phillip G. Norton, et al.

CASE NUMBER   1:07CV00144

JUDGE: Richard J. Leon

CASE NU

DECK TYPE: General Civil

DATE STAMP: 01/18/2007

TO: (Name and address of Defendant)

Lawrence S. Herman
856 Sconset Lane
McLean, VA 22102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan W. Cuneo
Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN 1 8 2007

CLERK                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>JANUARY 31, 2007 @ 14:06 |
| NAME OF SERVER *(PRINT)*<br>ANTHONY J. STEFANO | TITLE<br>PRIVATE PROCESS SERVICE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
    discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CORPORATE SERVICE ON ERICA S. STOECKER AS
    GENERAL COUNSEL FOR EPLUS, INC.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on FEBRUARY 1, 2007    _____
               Date              Signature of Server

               9910 BROADVIEW DR.
               FAIRFAX, VA 22030
               Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Christopher Dilorenzo

**SUMMONS IN A CIVIL CASE**

V.

Phillip G. Norton, et al.

CASE NU

CASE NUMBER   1:07CV00144

JUDGE: Richard J. Leon

DECK TYPE: General Civil

DATE STAMP: 01/18/2007

TO: (Name and address of Defendant)

Terrence O'Donnell
5133 Yuma Street, NW
Washington, DC 20016

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan W. Cuneo
Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

JAN 18 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE FEBRUARY 1, 2007 @ 13:39 |
| NAME OF SERVER (PRINT) ANTHONY J. STEFANO | TITLE PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CORPORATE SERVICE ON ERIC D. WESTRATE     AS PARALEGAL     - FOR EPLUS, INC.

---

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

---

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on FEBRUARY 1, 2007        _____
            Date                    Signature of Server

9910 BROADVIEW DR.
FAIRFAX, VA 22030

Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Christopher Dilorenzo

**SUMMONS IN A CIVIL CASE**

V.

Phillip G. Norton, et al.

CASE NUMBER  1:07CV00144

CASI    JUDGE: Richard J. Leon

DECK TYPE: General Civil

DATE STAMP: 01/*18*/2007

TO: (Name and address of Defendant)

ePlus Incorporated
13595 Dulles Technology Drive
Herndon, VA 20171

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan W. Cuneo
Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN 1 8 2007

CLERK                                                                      DATE

_(By) DEPUTY CLERK_

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE JANUARY 30, 2007 @ 13:44 |
| NAME OF SERVER *(PRINT)* ANTHONY J. STEFANO | TITLE PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CORPORATE SERVICE ON ERICA S. STOECKER AS GENERAL COUNSEL FOR EPLUS, INC.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on FEBRUARY 1, 2007    _signature_
                Date              Signature of Server

9910 BROADVIEW DR.
FAIRFAX, VA 22030.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Christopher Dilorenzo

**SUMMONS IN A CIVIL CASE**

V.

Phillip G. Norton, et al.

CASE NUMBER  1:07CV00144

JUDGE: Richard J. Leon

CASE NUM    DECK TYPE: General Civil

DATE STAMP: 01/18/2007

TO: (Name and address of Defendant)

Steven J. Mencarini
1921 Batten Hollow Road
Vienna, VA 22182

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan W. Cuneo
Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK                                    DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE JANUARY 30, 2007 @ 13:44 |
| NAME OF SERVER *(PRINT)* ANTHONY J. STEFANO | TITLE PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CORPORATE SERVICE ON ERICA S. STOECKER, AS GENERAL COUNSEL FOR EPLUS INC.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on FEBRUARY 1, 2007      _____
                    Date                  Signature of Server

9910 BROADVIEW DR.
FAIRFAX, VA 22030
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Christopher Dilorenzo

**SUMMONS IN A CIVIL CASE**

V.

Phillip G. Norton, et al.

CASE NU

CASE NUMBER  1:07CV00144

JUDGE:  Richard  J.  Leon

DECK  TYPE:  General  Civil

DATE  STAMP:  01/18/2007

TO: (Name and address of Defendant)

Kleyton L. Parkhurst
1348 Lancia Drive
McLean, VA 22102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan W. Cuneo
Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                          JAN 1 8 2007

CLERK                                             DATE

(BY) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE JANUARY 30, 2007 @ 13:44 |
| NAME OF SERVER *(PRINT)* ANTHONY J. STEFANO | TITLE PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CORPORATE SERVICE ON ERICA S. STOECKER AS GENERAL COUNSEL FOR EPLUS, INC.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| 　　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on FEBRUARY 1, 2007　　_____
　　　　　　　　　Date　　　　　　　　　Signature of Server

　　　　　　　9910 BROADVIEW DR.
　　　　　　　FAIRFAX, VA 22030
　　　　　　　　_____
　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.