**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DILORENZO,

        Plaintiff,

    v.

NORTON, et al.,

        Defendants.

Civil Action No. 1:07-cv-00144-RJL

**CERTIFICATE REQUIRED BY RULE LOCAL RULE 7.1**

I, the undersigned, counsel of record for *e*Plus inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of *e*Plus inc. which have any outstanding securities in the hands of the public:

**None.**

This representation is made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

Dated:  April 23, 2007

/s/ F. Joseph Warin
F. JOSEPH WARIN (DC Bar # 235978)
FWarin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Counsel for Defendants*

CERTIFICATE OF SERVICE

A copy of the *Certificate Required By Rule Local Rule 7.1* was filed electronically this 23rd day of April 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jason J. Mendro

Jason J. Mendro (DC Bar # 482040)

100200777_1.DOC