UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER DILORENZO,<br>Derivatively on Behalf of EPLUS INC.,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIP G. NORTON, et al.,<br><br>Defendants,<br><br>– and –<br><br>EPLUS INC., a Delaware corporation,<br><br>Nominal Defendant. | Civil No. 07-CV-00144-RJL |

**STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO MOTION TO DISMISS**

WHEREAS, on April 23, 2007, defendants filed a motion to dismiss ("Motion") the consolidated complaint;

WHEREAS, plaintiff has requested an extension of time to respond to the Motion due to scheduling conflicts;

WHEREAS, defendants do not oppose plaintiff's request;

IT IS HEREBY STIPULATED AND AGREED, by the parties, through their undersigned counsel as follows:

Plaintiff shall respond to the motions to dismiss the consolidated complaint on or before July 10, 2007, unless otherwise agreed upon by the parties or ordered by the Court. Defendants shall have until August 24, 2007 to file reply briefs, unless otherwise agreed upon by the parties or ordered by the Court.

DATED: May 18, 2007

CUNEO GILBERT & LaDUCA, LLP
JONATHAN W. CUNEO (DC Bar# 939389)
WILLIAM H. ANDERSON (DC Bar# 502380)

_____
WILLIAM H. ANDERSON

507 C Street, N.E.
Washington, DC 20002
Telephone: 202/789-3960
202/789-0489 (fax)

LAW OFFICES OF ROGER M. ADELMAN
ROGER M. ADELMAN (DC Bar # 056358)
1100 Connecticut Avenue, NW, Suite 730
Washington, DC 20036
Telephone: 202/822-0600
202/822-6722 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
THOMAS G. WILHELM
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

Attorneys for Plaintiff

DATED: May 18, 2007

GIBSON, DUNN & CRUTCHER LLP
F. JOSEPH WARIN (DC Bar# 235978)
JASON J. MENDRO (DC Bar# 482040)

*F. Joseph Warin / by William Thwecke with Permission*
F. JOSEPH WARIN

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202/955-8500
202/467-0539 (fax)

Attorneys for Defendants

\*   \*   \*

**ORDER**

IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

- 3 -