UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER DILORENZO, Derivatively on Behalf of EPLUS INC., <br><br> Plaintiff, <br><br> vs. <br><br> PHILLIP G. NORTON, et al., <br><br> Defendants, <br><br> – and – <br><br> EPLUS INC., a Delaware corporation, <br><br> Nominal Defendant. | Civil No. 07-CV-00144-RJL |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

Plaintiff respectfully moves this Court, pursuant to Local Rule 7, for a two week extension of time of the current July 10, 2007 deadline to oppose Defendants' Motion to Dismiss ("Motion"). The additional two week period is requested due to a medical emergency that has impacted the schedule of the plaintiff's counsel with primary responsibility for preparing the opposition to defendants' Motion. The additional time period is necessitated to continue to evaluate and prepare an appropriate response to the Motion.

The requested extension would continue the time for plaintiff to file a response from July 10, 2007 to July 24, 2007. Pursuant to Local Rule 7(m), plaintiff's counsel contacted Jason Mendro at Gibson, Dunn & Crutcher LLP, counsel for defendants, to discuss the requested extension. Defendants' counsel have advised that they do not oppose the requested relief so long as they are permitted 45 days to submit a reply brief, as previously agreed to by the parties and ordered by the Court.

DATED: July 9, 2007

Respectfully submitted,

CUNEO GILBERT & LaDUCA, LLP
JONATHAN W. CUNEO (DC Bar # 939389)
WILLIAM H. ANDERSON (DC Bar # 502380)

_____
WILLIAM H. ANDERSON

507 C Street, N.E.
Washington, DC 20002
Telephone: 202/789-3960
202/789-0489 (fax)

LAW OFFICES OF ROGER M. ADELMAN
ROGER M. ADELMAN (DC Bar # 056358)
1100 Connecticut Avenue, NW, Suite 730
Washington, DC 20036
Telephone: 202/822-0600
202/822-6722 (fax)


LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
THOMAS G. WILHELM
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER DILORENZO, Derivatively on Behalf of EPLUS INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PHILLIP G. NORTON, et al., )<br>)<br>Defendants, )<br>)<br>– and – )<br>)<br>EPLUS INC., a Delaware corporation, )<br>)<br>Nominal Defendant. ) | Civil No. 07-CV-00144-RJL |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS**

IT IS HEREBY ORDERED this ___ day of July 2007 that Plaintiff's Unopposed Motion for Extension of Time to Respond to Motion to Dismiss ("Motion") is GRANTED.

It is further ORDERED that Plaintiff shall file his response to the Motion on or before July 24, 2007.

It is further ORDERED that Defendants shall have 45 days, or until September 7, 2007, to file their reply.

SO ORDERED.

DATED: _____     _____
                                                                                   THE HONORABLE RICHARD J. LEON
                                                                                   UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2007, I caused to be served Plaintiff's Unopposed Motion for Extension of Time to Respond to Motion to Dismiss through the Court's ECF system, upon all attorneys registered with that system.

_____
William H. Anderson