IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DILORENZO,<br><br>              Plaintiff,<br><br>    v.<br><br>NORTON, et al.,<br><br>              Defendants. | Civil Action No. 1:07-cv-00144-RJL |

**STIPULATION AND [PROPOSED] ORDER SETTING THE BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSE TO THE FIRST AMENDED COMPLAINT**

WHEREAS, on July 25, 2007, Plaintiff Dilorenzo moved the Court for leave to file an amended complaint;

WHEREAS, the proposed amended complaint is more than double the length of the original complaint and adds numerous causes of action;

WHEREAS, the parties have now met and conferred in good faith regarding Plaintiff's motion and proposed amendments;

WHEREAS, Defendants have agreed not to oppose Plaintiff's motion, provided that the parties could reach agreement on a briefing schedule that is sufficient to reflect the complexity of the amended allegations, as well as the number of parties involved, and that accommodates the travel schedules of counsel and the parties;

IT IS HEREBY STIPULATED AND AGREED, by the parties, through their undersigned counsel, that the following schedule shall apply unless otherwise ordered by the Court:

1. If the Court grants leave to amend, Defendants will respond to the Amended Complaint by no later than October 22, 2007;

2. Plaintiff will respond to Defendants' motion to dismiss, if any, by no later than December 21, 2007; and

3. Defendants may file a reply brief in support of their motion to dismiss, if any, by no later than February 4, 2008.

AGREED AND ACCEPTED:

DATED: August 3, 2007

CUNEO GILBERT & LaDUCA, LLP
JONATHAN W. CUNEO (DC Bar# 939389)
WILLIAM H. ANDERSON (DC Bar# 502380)

WILLIAM H. ANDERSON

507 C Street, N.E.
Washington, DC 20002
Telephone: 202/789-3960
202/789-0489 (fax)

LAW OFFICES OF ROGER M. ADELMAN
ROGER M. ADELMAN (DC Bar # 056358)
1100 Connecticut Avenue, NW, Suite 730
Washington, DC 20036
Telephone: 202/822-0600
202/822-6722 (fax)

<div style="margin-left: 40%;">

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
THOMAS G. WILHELM
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

Attorneys for Plaintiff

</div>

DATED: August 3, 2007

GIBSON, DUNN & CRUTCHER LLP
F. JOSEPH WARIN (DC Bar # 235978)
MICHAEL F. FLANAGAN (DC Bar # 435942)
JASON J. MENDRO (DC Bar # 482040)

_____
MICHAEL F. FLANAGAN

1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone: 202/955-8500
202/467-0539 (fax)

Attorneys for Defendants

\*   \*   \*

## ORDER

IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

A copy of *Stipulation And [Proposed] Order Setting The Briefing Schedule For Defendants' Response To The First Amended Complaint* was filed electronically this 3rd day of August 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_/s/ [signature]_

100271745_1.DOC