## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER DILORENZO, Derivatively on Behalf of EPLUS INC.,<br><br>     Plaintiff,<br><br> vs.<br><br>PHILLIP G. NORTON, et al.,<br><br>     Defendants,<br><br> – and –<br><br>EPLUS INC., a Delaware corporation,<br><br>    Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil No. 07-CV-00144-RJL

### NOTICE OF FIRM NAME CHANGE

Undersigned Counsel hereby gives notice to the Court and opposing Counsel that Co-Counsel for Plaintiff Christopher DiLorenzo, Lerach Coughlin Stoia Geller Rudman & Robbins LLP has changed its name to COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP. All addresses, telephone and facsimile numbers will remain the same.

DATED: September 10, 2007

CUNEO GILBERT & LaDUCA, LLP
JONATHAN W. CUNEO (DC Bar # 939389)
WILLIAM H. ANDERSON (DC Bar # 502380)

WILLIAM H. ANDERSON

507 C Street, N.E.
Washington, DC 20002
Telephone: 202/789-3960
202/789-0489 (fax)

LAW OFFICES OF ROGER M. ADELMAN
ROGER M. ADELMAN (DC Bar # 056358)
1100 Connecticut Avenue, NW, Suite 730
Washington, DC 20036
Telephone: 202/822-0600
202/822-6722 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September, 2007, I caused to be served the attached Notice of Firm Name Change, through the Court's CM/ECF system upon all attorneys registered with that system.

William H. Anderson