IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 5 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DILORENZO,

    Plaintiff,

v.

NORTON, et al.,

    Defendants.

Civil Action No. 1:07-cv-00144-RJL

## ORDER

On this day, the Court considered Defendants' Motion for Judicial Notice in Support of Motion to Dismiss. The motion is GRANTED.

Accordingly, the Court hereby takes judicial notice of the following facts:

(1)     ePlus inc.'s ("ePlus's") Director Eric D. Hovde joined the Board of Directors on November 20, 2006.

(2)     ePlus's Director Irving R. Beimler joined the Board of Directors on November 20, 2006.

(3)     ePlus's Certificate of Incorporation contains the following provision:

No person shall be personally liable to the Corporation or its stockholders for monetary damages for breach of fiduciary duty as a director; <u>provided</u>, <u>however</u>, that the foregoing shall not eliminate or limit the liability of a director (i) for any breach of the director's duty of loyalty to the Corporation or its stockholders, (ii) for acts or omissions not in good faith or which involve intentional misconduct or a knowing violation of law, (iii) under Section 174 of the Delaware General Corporation Law, or (iv) for any transaction from which the director derived an improper personal benefit.

Defendants may raise these judicially noticed facts in a motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil procedure without converting that motion into a motion for summary judgment.

SO ORDERED on _4th February_, 2008.

_____
RICHARD J. LEON
United States District Judge