UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER DILORENZO, Derivatively on Behalf of EPLUS INC., <br><br>　　　　　　　Plaintiff, <br><br>vs. <br><br>PHILLIP G. NORTON, et al., <br><br>　　　　　　　Defendants, <br><br>– and – <br><br>EPLUS INC., a Delaware corporation, <br><br>　　　　　　　Nominal Defendant. | Civil No. 07-CV-00144-RJL |

### EMERGENCY CONSENT MOTION AND INCORPORATED MEMORANDUM FOR AN EXTENSION OF TIME FOR ORAL ARGUMENT

Plaintiff respectfully moves the Court for an Order postponing oral argument now scheduled for this afternoon at 2:30 p.m. until a date after September 15, 2008. Due to a communications and docketing miscommunication for which counsel sincerely apologizes to the Court and Defendants' counsel, this afternoon's oral argument was not properly calendared for lead counsel's schedule. Lead counsel's office is in San Diego and he is in transit today to New York on another matter and is therefore unavailable to present oral argument.

Defendants' counsel has consented to this motion. Movant's counsel has checked with lead counsel and Defendants' counsel and believes that the next available convenient date would be in the second half of September.

DATED: July 22, 2008

CUNEO GILBERT & LaDUCA, LLP
JONATHAN W. CUNEO (DC Bar # 939389)
WILLIAM H. ANDERSON (DC Bar # 502380)

/S/
─────────────────────────────
JONATHAN W. CUNEO

507 C Street, N.E.
Washington, DC  20002
Telephone: 202/789-3960
202/789-0489 (fax)

LAW OFFICES OF ROGER M. ADELMAN
ROGER M. ADELMAN (DC Bar # 056358)
1100 Connecticut Avenue, NW, Suite 730
Washington, DC  20036
Telephone: 202/822-0600
202/822-6722 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 10th day of September, 2007, I caused to be served the attached Notice of Firm Name Change, through the Court's CM/ECF system upon all attorneys registered with that system.

                                              William H. Anderson

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER DILORENZO, Derivatively on Behalf of EPLUS INC., <br><br> Plaintiff, <br><br> vs. <br><br> PHILLIP G. NORTON, et al., <br><br> Defendants, <br><br> – and – <br><br> EPLUS INC., a Delaware corporation, <br><br> Nominal Defendant. | Civil No. 07-CV-00144-RJL |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S EMERGENCY CONSENT MOTION AND INCORPORATED MEMORANDUM FOR AN EXTENSION OF TIME FOR ORAL ARGUMENT

IT IS HEREBY ORDERED this __ day of July 2008 that Plaintiff's Emergency Consent Motion and Incorporated Memorandum for an Extension of Time for Oral Argument ("Motion") is GRANTED.

Oral argument on Defendants' Motion to Dismiss will take place on September __, 2008, at __:__ _. M. in Courtroom 18.

SO ORDERED.

DATED: _____    _____
                                    THE HONORABLE RICHARD J. LEON
                                    UNITED STATES DISTRICT JUDGE