UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER DILORENZO, Derivatively on Behalf of EPLUS INC., <br><br> Plaintiff, <br><br> vs. <br><br> PHILLIP G. NORTON, et al., <br><br> Defendants, <br><br> – and – <br><br> EPLUS INC., a Delaware corporation, <br><br> Nominal Defendant. | Civil No. 07-CV-00144-RJL |

**NOTICE REGARDING LEAD COUNSEL AVAILABILITY**

Pursuant to the Court's direction at the hearing held July 22, 2008, counsel has inquired and confirmed that Lead Counsel for the Plaintiff from the law firm Coughlin Stoia Geller Rudman & Robbins LLP, is available and will appear at the hearing on the Motion to Dismiss rescheduled by the Court for August 6, 2008, at 4:00 PM. A *pro hac vice* application on behalf of Plaintiff's Lead Counsel will be filed in short order.

Respectfully Submitted,

Dated: July 22, 2008

/S/
William H. Anderson, Esq. (DC Bar No. 502380)
CUNEO, GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
Phone: 202-789-3960
Fax: 202-789-1813