## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER DILORENZO, Derivatively on Behalf of EPLUS INC., <br><br> Plaintiff, <br><br> vs. <br><br> PHILLIP G. NORTON, et al., <br><br> Defendants, <br><br> – and – <br><br> EPLUS INC., a Delaware corporation, <br><br> Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil No. 07-CV-00144-RJL |

## **MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.2(c) and (d), I, William H. Anderson, Esquire from the law firm of Cuneo Gilbert & LaDuca, LLP, hereby move for the *pro hac vice* admission of Travis E. Downs, III (hereinafter "Petitioner"), from the law firm Coughlin Stoia Geller Rudman & Robbins LLP, to practice in this Court as counsel for Plaintiff Christopher DiLorenzo in the above-captioned matter, and in support thereof, state as follows:

1. I am serving as local counsel for Plaintiff in the instant action and I am a member in good standing of the Bar of this Court.

2. In support of Petitioner's Motion for Admission *Pro Hac Vice* and pursuant to the requirements of Local Rule 83.2(c) and (d), the declaration of Petitioner is attached hereto.

- 1 -

3. I hereby state that no Memorandum of Points and Authorities is necessary to support this Motion.

WHEREFORE, Petitioner meets the requirements of the Local Rules and disposition of this matter lies within the sound discretion of this Court.

Dated: July 23, 2008

                    /s/
William H. Anderson, Esq. (DC Bar No. 502380)
CUNEO, GILBERT & LADUCA, LLP
507 C Street, NE
Washington, DC 20002
Phone: 202-789-3960
Fax: 202-789-1813

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER DILORENZO, Derivatively on Behalf of EPLUS INC., <br><br> Plaintiff, <br><br> vs. <br><br> PHILLIP G. NORTON, et al., <br><br> Defendants, <br><br> – and – <br><br> EPLUS INC., a Delaware corporation, <br><br> Nominal Defendant. | Civil No. 07-CV-00144-RJL |

### DECLARATION OF TRAVIS E. DOWNS, III

Pursuant to Local Rule 83.2(d), I, Travis E. Downs, III, Esquire hereby declares as follows:

1. My name is Travis E. Downs, III. I am an attorney at law with the law firm Coughlin Stoia Geller Rudman & Robbins LLP, located at 655 West Broadway, Suite 1900 San Diego, CA 92101. My office telephone number is (619) 231-1058.

2. I have been admitted to practice before the Bars of the State of California (1990), as well as the United States District Courts for the Southern (1994), Central (1993), and Northern (1990) Districts of California.

3. I certify that I have not been disciplined by any bar.

- 1 -

4. I have not been admitted *pro hac vice* to practice in this Court within the last two (2) years.

5. I do not engage in the practice of law from an office located in the District of Columbia.

6. I am familiar with the provisions of the Judicial Code (Title 28 USC), which pertain to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Columbia and the Code of Professional Responsibility as adopted by the District of Columbia Court of Appeals, and will faithfully adhere to these rules.

Dated: July 23, 2008                                   _____
                                                       Travis E. Downs, III, Esquire
                                                       Coughlin Stoia Geller Rudman & Robbins LLP
                                                       655 West Broadway, Suite 1900
                                                       San Diego, CA 92101
                                                       Telephone No. (619) 231-1058

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER DILORENZO, Derivatively on Behalf of EPLUS INC., <br><br> Plaintiff, <br><br> vs. <br><br> PHILLIP G. NORTON, et al., <br><br> Defendants, <br><br> – and – <br><br> EPLUS INC., a Delaware corporation, <br><br> Nominal Defendant. | Civil No. 07-CV-00144-RJL |

## ORDER

This matter comes before the Court on Plaintiff's Motion for Admission *Pro Hac Vice* of Travis E. Downs, III, Esquire as counsel in the instant case. The Court has considered the Motion, Petitioner's Declaration, and for good cause shown:

It is this ___ day of July, 2008, hereby ORDERED that:

1. Travis E. Downs, III, Esquire be and hereby is admitted *pro hac vice* for the purpose of participating as counsel for the above-captioned Plaintiff during the pendency of this action, including all discovery and trial; and it is further ORDERED that

- 2 -

2. Travis E. Downs, III, Esquire shall abide by the provisions of the rules governing the Courts of the District of Columbia, including the disciplinary rules and the rules of this Court, during the time of his *pro hac vice* admission.

SO ORDERED.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE
                                                                HON. RICHARD J. LEON