UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER DILORENZO, Derivatively on Behalf of EPLUS INC., <br><br> Plaintiff, <br><br> vs. <br><br> PHILLIP G. NORTON, et al., <br><br> Defendants, <br><br> – and – <br><br> EPLUS INC., a Delaware corporation, <br><br> Nominal Defendant. | ) Civil No. 07-CV-00144-RJL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

NOTICE OF APPEARANCE

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel for Christopher Dilorenzo. I hereby certify that I am admitted to practice before the United States District Court for the District of Columbia and I am a member in good standing of each court in which I am authorized to practice.

All pleadings and other papers to be served upon Christopher Dilorenzo should be addressed to:

>   Benny C. Goodman III
>   Coughlin Stoia Geller Rudman & Robbins LLP
>   655 West Broadway, Suite 1900
>   San Diego, CA  92101
>   Telephone: 619-231-1058
>   Facsimile:  619-231-7423
>   E-mail:  bennyg@csgrr.com

DATED:  July 29, 2008               COUGHLIN STOIA GELLER
                                      RUDMAN & ROBBINS LLP
                                    TRAVIS E. DOWNS III
                                    KATHLEEN A. HERKENHOFF
                                    BENNY C. GOODMAN III (DC Bar #489187)
                                    MARY LYNNE CALKINS


                                            s/ Benny C. Goodman III
                                    ─────────────────────────────────
                                           BENNY C. GOODMAN III

                                    655 West Broadway, Suite 1900
                                    San Diego, CA  92101-3301
                                    Telephone:  619/231-1058
                                    619/231-7423 (fax)

                                    COUGHLIN STOIA GELLER
                                      RUDMAN & ROBBINS LLP
                                    SHAWN A. WILLIAMS
                                    AELISH M. BAIG
                                    100 Pine Street, Suite 2600
                                    San Francisco, CA  94111
                                    Telephone:  415/288-4545
                                    415/288-4534 (fax)

- 1 -

- 2 -

        LAW OFFICES OF ROGER M. ADELMAN
        ROGER M. ADELMAN (DC Bar # 056358)
        1100 Connecticut Avenue, NW, Suite 730
        Washington, DC  20036
        Telephone:  202/822-0600
        202/822-6722 (fax)

        CUNEO GILBERT & LaDUCA, LLP
        JONATHAN W. CUNEO (DC Bar # 939389)
        WILLIAM H. ANDERSON (DC Bar # 502380)
        507 C Street, N.E.
        Washington, DC  20002
        Telephone:  202/789-3960
        202/789-0489 (fax)

        Attorneys for Plaintiff

S:\CasesSD\Eplus Derivative\NOT00053032-Goodman.doc

CERTIFICATE OF SERVICE

    I hereby certify that on July 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 29, 2008.

    s/ Benny C. Goodman III
    BENNY C. GOODMAN III

    COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
    655 West Broadway, Suite 1900
    San Diego, CA 92101-3301
    Telephone: 619/231-1058
    619/231-7423 (fax)

    E-mail:bennyg@csgrr.com

## Mailing Information for a Case 1:07-cv-00144-RJL

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **William H. Anderson**
  wanderson@cuneolaw.com

- **Jonathan Watson Cuneo**
  jonc@cuneolaw.com

- **Jason J. Mendro**
  jmendro@gibsondunn.com

- **Francis Joseph Warin**
  fwarin@gibsondunn.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`