UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER DILORENZO, Derivatively on Behalf of EPLUS INC., <br><br> Plaintiff, <br><br> vs. <br><br> PHILLIP G. NORTON, et al., <br><br> Defendants, <br><br> – and – <br><br> EPLUS INC., a Delaware corporation, <br><br> Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil No. 07-CV-00144-RJL |

MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(c) and (d), I, Jonathan W. Cuneo, Esquire from the law firm of Cuneo Gilbert & LaDuca, LLP, hereby move for the *pro hac vice* admission of Kathleen A. Herkenhoff (hereinafter "Petitioner"), from the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, to practice in this Court as counsel for plaintiff Christopher Dilorenzo in the above-captioned matter, and in support thereof state as follows:

    1.    I am serving as local counsel for plaintiff in the instant action and I am a member in good standing of the Bar of this Court.

    2.    In support of Petitioner's Motion for Admission *Pro Hac Vice* and pursuant to the requirements of Local Rule 83.2(c) and (d), the declaration of Petitioner is attached hereto.

- 1 -

3.   I hereby state that no Memorandum of Points and Authorities is necessary to support this Motion.

WHEREFORE, Petitioner meets the requirements of the Local Rules and disposition of this matter lies within the sound discretion of this Court.

DATED:  August 22, 2008                    CUNEO GILBERT & LaDUCA, LLP
JONATHAN W. CUNEO (DC Bar # 939389)
WILLIAM H. ANDERSON (DC Bar # 502380)


          s/ JONATHAN W. CUNEO
          JONATHAN W. CUNEO

507 C Street, N.E.
Washington, DC  20002
Telephone:  202/789-3960
202/789-1813 (fax)

LAW OFFICES OF ROGER M. ADELMAN
ROGER M. ADELMAN (DC Bar # 056358)
1100 Connecticut Avenue, NW, Suite 730
Washington, DC  20036
Telephone:  202/822-0600
202/822-6722 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
AELISH M. BAIG
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER DILORENZO, Derivatively on Behalf of EPLUS INC.,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIP G. NORTON, et al.,<br><br>Defendants,<br><br>– and –<br><br>EPLUS INC., a Delaware corporation,<br><br>Nominal Defendant. | Civil No. 07-CV-00144-RJL |

DECLARATION OF KATHLEEN A. HERKENHOFF

Pursuant to Local Rule 83.2 (d), I, Kathleen A. Herkenhoff, Esquire hereby declare as follows:

1. My name is Kathleen A. Herkenhoff. I am an attorney at law with the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, located at 655 West Broadway, Suite 1900, San Diego, California 92101. My office telephone number is 619/231-1058.

2. I have been admitted to practice before the Bar of the State of California (1993), as well as the United States District Courts for the Southern (1999), Central (1994), Eastern (2001) and Northern (1999) Districts of California, and the District of Colorado (2007).

3. I certify that I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* to practice in this Court within the last two years.

5. I do not engage in the practice of law from an office located in the District of Columbia.

6. I am familiar with the provision of the Judicial Code (Title 28 U.S.C.), which pertain to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Columbia and the Code of Professional Responsibility as adopted by the District of Columbia Court of Appeals, and will faithfully adhere to these rules.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 21st day of August, 2008, at San Diego, California.

_____
KATHLEEN A. HERKENHOFF

S:\CasesSD\Eplus Derivative\DEC00053533.doc

- 1 -

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER DILORENZO, Derivatively on Behalf of EPLUS INC., <br><br> Plaintiff, <br><br> vs. <br><br> PHILLIP G. NORTON, et al., <br><br> Defendants, <br><br> – and – <br><br> EPLUS INC., a Delaware corporation, <br><br> Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil No. 07-CV-00144-RJL |

ORDER

This matter comes before the Court on Plaintiff's Motion for Admission *Pro Hac Vice* of Kathleen A. Herkenhoff, Esquire as counsel in the instant case. The Court has considered the Motion, Petitioner's Declaration, and for good cause shown:

It is this _____ day of _____, 2008, hereby ORDERED that:

1. Kathleen A. Herkenhoff, Esquire be and hereby is admitted *pro hac vice* for the purpose of participating as counsel for the above-captioned plaintiff during the pendency of this action, including all discovery and trial; and it is further ORDERED that

- 1 -

- 2 -

2. Kathleen A. Herkenhoff, Esquire shall abide by the provisions of the rules governing the Courts of the District of Columbia, including the disciplinary rules and the rules of this Court, during the time of her *pro hac vice* admission.

IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE